UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                  Case No. 12-12733

vs.

                                  HON. GEORGE CARAM STEEH

GLENN E. TAYLOR,

       Defendant,
and

MICHIGAN DEPARTMENT OF TREASURY,

       Garnishee Defendant.
_____/

## ORDER REGARDING DEFENDANT'S REQUEST (DOC. # 12)

      This is a student loan case, in which a default judgment entered against debtor Glenn Taylor in the amount of approximately $8,000. On August 15, 2012, a writ of continuing garnishment was issued by the court, addressed to the Michigan Department of Treasury. Although no answer was filed by the garnishee defendant, Mr. Taylor filed a request for hearing about the garnishment and claim for exemptions. In that document, Mr. Taylor asserts that his monthly income consists solely of exempt veterans disability benefits.

      In response, the government concedes that such benefits may entitle Mr. Taylor to a cancellation of his debt, but states that it requires proof of the claimed exemption. Counsel for the government notes that on November 29, 2012, Mr. Taylor was sent a "Total Disability Application." The government states that once it has received this

application, it "will evaluate Defendant's claims and if warranted, discharge Defendant's obligations with respect to his student loan."

For the foregoing reasons, Mr. Taylor's request for hearing is hereby **DENIED WITHOUT PREJUDICE**, contingent on the following actions: Mr. Taylor shall return the form supplied by the government within 21 days of this order. The government shall then promptly notify the court and the other parties concerning its determination on Mr. Taylor's obligation to repay the debt. If a hearing is still desired by Mr. Taylor, he shall then promptly renew his request with the court.

**IT IS SO ORDERED**.

Dated: December 5, 2012

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and on Glenn E. Taylor, 323 N. Lincoln Avenue Apt. #2, Niles, MI 48120 on December 5, 2012, by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk